USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
PAYSAFE PARTNERS LP, :
                                  Petitioner, :
: 19 Civ. 495 (LGS)
               -against- :
: ORDER
:
MERCHANT PAYMENT GROUP LLC, :
                                Respondent. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on February 11, 2020, Petitioner filed two letter motions for conference to compel Respondent and Sam Schwed to comply with subpoenas (Dkt. Nos. 24 & 25);

     WHEREAS, on February 14, 2020, this Court issued two orders directing a letter response from Respondent and Sam Schwed, and directing Petitioner to file proof of service of the orders by February 19, 2020 (Dkt. Nos. 26 & 27);

     WHEREAS, no such proof of service was filed. It is hereby

     ORDERED that Petitioner shall file a letter by March 17, 2020, providing proof of service of the Orders at Dkt. Nos. 26 & 27 on Respondent and Sam Schwed by February 19, 2020, or in the alternative a letter explaining that they were not so served.

Dated: March 12, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE