**SHLANSKY LAW GROUP, LLP**
ATTORNEYS AT LAW

1 Winnisimmet Street
Chelsea, MA 02150

617.497.7200 p
866.257.9530 f

slglawfirm.com

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

February 4, 2021

The application is **GRANTED**. The pre-motion conference scheduled for February 11, 2021, (Dkt. No. 49) is **ADJOURNED to March 4, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: February 5, 2021
New York, New York

**VIA ECF**

Hon. Lorna G. Schofield, District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Paysafe Partners LP.* v*. Merchant Payment Group, LLC* No. 1:19-cv-00495-LGS

Your Honor,

This firm represents non-party Irving Langer in the above-referenced action. Mr. Langer respectfully requests that the pre-motion conference set for February 11, 2021 (ECF No. 49), be rescheduled due to a scheduling conflict it presents for counsel. Specifically, the undersigned is scheduled to be in a mediation before a United States Magistrate Judge in the U.S. District Court for the District of Massachusetts, on February 11, 2021, for the duration of the day.

Accordingly, Mr. Langer has conferred with Plaintiff's counsel as to availability and respectfully requests that the Court reschedule the pre-motion conference to any of February 15 or 16, 2021, or at a time as soon as possible thereafter at the Court's convenience. Counsel for Paysafe has confirmed their availability for these dates, and consents to rescheduling the pre-motion conference. For the Court's awareness, counsel for Mr. Langer is unavailable from February 17 – March 3, or on March 10, 11, 17, and 24.

Please feel free to contact our office with any concerns. Thank you for Your Honor's attention to this matter.

Sincerely,

Colin R. Hagan

cc:   Richard Schoenstein, Esq., Tarter Krinsky & Drogin LLP
      Joel H. Rosner, Esq., Tarter Krinsky & Drogin LLP

*Hon. Lorna G. Schofield 02 04 21*

MA  |  NY  |  CA  |  DE  |  VT