UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAYSAFE PARTNERS LP,
                       Petitioner,

                -against-

MERCHANT PAYMENT GROUP LLC,
                       Defendant.
------------------------------------------------------------X

19 Civ. 495 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Court's February 5, 2021, Order, a pre-motion conference is scheduled for March 4, 2021, at 10:40 a.m. Dkt. No. 51. It is hereby

**ORDERED** that the pre-motion conference is rescheduled for **March 4, 2021, at 10:30 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: March 3, 2021
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**