UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
PAYSAFE PARTNERS LP,                                           :
:
                               Plaintiff,      :        19 Civ. 495 (LGS)
:
             -against-                            :        <u>ORDER</u>
:
MERCHANT PAYMENT GROUP LLC,                                    :
:
                            Defendant.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 22, 2021, non-party Irving Langer, filed a pre-motion letter in anticipation of a motion for contempt regarding an alleged violation of the Confidentiality Stipulation and Protective Order at Docket No. 52 (Dkt. No. 45), and on January 29, 2021, Petitioner filed a responsive letter (Dkt. No. 47).

       WHEREAS, a pre-motion conference was held on March 4, 2021, to discuss Mr. Langer's anticipated motion. For the reasons stated during the conference, it is hereby

       **ORDERED** that, by **March 11, 2021**, the parties shall meet and confer in an effort to resolve this dispute and shall jointly file a letter apprising the Court of any remaining issues.

Dated: March 4, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE